■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JENNIFER GILBERT, Appellant. [901 NYS2d 895]—Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered June 21, 2007. The judgment convicted defendant, upon her plea of guilty, of grand larceny in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Sconiers and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANCE AIKEN, Appellant. [901 NYS2d 895]—Appeal from a judgment of the Supreme Court, Erie County (Christopher J. Burns, J.), rendered February 7, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Sconiers and Pine, JJ.